# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GREGORY P. BARTUNEK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **8:16CV568** |
| | ) | |
| **OMAHA POLICE DEPARTMENT, CITY OF OMAHA, DAVID PECHA, MICHELELE BANG, MARK DESLER, TODD SCHMADERER, MICHELLE PETERS, ROSEMARIE LEE, PAUL KRATZ, and JEAN STOTHERT,** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiff's Motion to Engage in Discovery (Filing No. 7). Plaintiff requests permission to engage in discovery prior to the entry of the initial progression order. However, there is no evidence that any of the defendants have been properly notified of this action by service of a summons and copy of the complaint as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff's motion for discovery, therefore, is premature. Plaintiff may want to review this district's resources for pro se individuals for information regarding self-representation in this court, found at: http://www.ned.uscourts.gov/public/proceeding-without-an-attorney.
Accordingly,

**IT IS ORDERED:** Plaintiff's Motion to Engage in Discovery (Filing No. 7) is denied, without prejudice.

**DATED:** January 4, 2017.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**