# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GREGORY P. BARTUNEK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **8:16CV568** |
| | ) | |
| **OMAHA POLICE DEPARTMENT, CITY OF OMAHA, DAVID PECHA, MICHELELE BANG, MARK DESLER, TODD SCHMADERER, MICHELLE PETERS, ROSEMARIE LEE, PAUL KRATZ, and JEAN STOTHERT,** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiff's Motion for Progression Order (Filing No. 26). Plaintiff requests that the Court enter a progression order as the Defendants "have had ample time to answer." Defendants have filed a Motion to Dismiss (Filing No. 22) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. A progression order will be issued pursuant to NECivR 16.1(c), if necessary, after the Court rules on Defendants' Motion to Dismiss. Accordingly,

**IT IS ORDERED:** Plaintiff's Motion for Progression Order (Filing No. 26) is denied.

DATED: March 20, 2017.

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**